UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bombardier Recreational Products Inc.
and BRP U.S., Inc.

    Plaintiffs,

v.                                    ORDER
                                       Civil No. 12-2706 (MJD/LIB)

Arctic Cat Inc. and
Arctic Cat Sales Inc.,

    Defendants.
_____

    Harry C. Marcus, Robert K. Goethals and Joseph A. Farco, Locke Lord LLP and Kevin D. Conneely, Stinson Leonard Street LLP, Counsel for Plaintiff.

    Annamarie A. Daley, Niall A. MacLeod and Emily Grande Stearns, Barnes & Thornburg LLP, Counsel for Defendants.
_____

This matter is before the Court on Defendants' objection to Magistrate Judge Leo Brisbois' characterization of Defendants' evidence as to "testing" as "misleading" in the Order dated September 24, 2014. [Doc. No. 361] Defendants do not object to any of the Magistrate Judge's rulings in said Order.

The Court must modify or set aside any portion of the Magistrate Judge's Order found to be clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.2(a). Based on a review of the

1

record and the submissions of the parties, the Court will affirm the Magistrate Judge's Order in its entirety.

IT IS HEREBY ORDERED that the Order dated September 24, 2014 [Docket No. 361] is AFFIRMED in all respects.


Date:  November 4, 2014             s/ Michael J. Davis
                                    Chief Judge Michael J. Davis
                                    United States District Court