UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bombardier Recreational Products, Inc.,
et al.,
        Plaintiffs,

v.                                    ORDER
                                       Civil No. 12-2706 (MJD/LIB)

Arctic Cat Inc., et al.,

        Defendants.
_____

      Harry C. Marcus, Robert K. Goethals and Joseph A. Farco, Locke Lord LLP and Kevin D. Conneely, Stinson Leonard Street LLP, Counsel for Plaintiffs.

      Annamarie A. Daley, Niall A. MacLeod and Emily Grande Sterns, Barnes & Thornburg LLP, Counsel for Defendant.
_____

      This matter is before the Court on Defendants Arctic Cat Inc. and Arctic Cat Sales Inc.'s ("AC") objections to those portions of Magistrate Judge Leo I. Brisbois's Order dated December 5, 2014 [Doc. No. 439] denying AC's motion to reconvene Rule 30(b)(6) depositions, denying AC's motion to strike certain portions of Plaintiffs Bombardier Recreational Products Inc. and BRP U.S. Inc.'s ("BRP") Amended and Supplemental Responsive Prior Art Statement, denying AC's motion to prohibit BRP from participating in any opposition to enforcement

1

of the Letters Rogatory, denying AC's motion for Letters Rogatory for Jean-Yves Leblanc, and for failing to award AC fees incurred in responding to BRP's motion to compel.

The Court must modify or set aside any portion of the Magistrate Judge's Order found to be clearly erroneous or contrary to law.  See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.2(a).  Based on a review of the record and the submissions of the parties, the Court concludes that the Magistrate Judge's Order is neither clearly erroneous or contrary to law.

Accordingly, the Order of Magistrate Judge Leo I. Brisbois dated December 5, 2014 [Doc. No. 439] is AFFIRMED in all respects.

Date: March 5, 2015

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court
