## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

BOMBARDIER RECREATIONAL
PRODUCTS INC.  and BRP U.S. INC.,

      Plaintiffs/Counter Defendants,

              v.

ARCTIC CAT INC. and
ARCTIC CAT SALES INC.,

      Defendants/Counter Claimants.

Case No. 12-CV-2706 (JRT/LIB)

### BOMBARDIER RECREATIONAL PRODUCTS INC.'S AND BRP U.S. INC.'S NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Bombardier Recreational Products Inc. and BRP U.S. Inc., (collectively "BRP") appeal to the United States Court of Appeals for the Federal Circuit, pursuant to 28 U.S.C. § 1295(a)(1) and Rules 3(a)(1) and 4(a)(1)(A) of the Federal Rules of Appellate Procedure, from rulings adverse to BRP in the Memorandum Opinion And Order Denying Post-Trial Motions entered on August 7, 2018 [Docket No. 1145]; from the Judgment of invalidity entered on December 6, 2017 [Docket No. 1072]; from rulings adverse to BRP in the Memorandum Opinion And Order On Motions *In Limine* entered on November 11, 2017 [Docket No. 990]; from findings adverse to BRP in the Memorandum Opinion and Order entered on December 29, 2016 [Docket No. 781]; from claim construction rulings adverse to BRP in the Memorandum Of Law & Order entered on September 28, 2015 [Docket No. 552]; and from any and all

other orders, rulings, findings, and/or conclusions of the Court adverse to BRP subsumed

in the Judgment [Docket No. 1072], as modified or amended.

Dated: September 4, 2018                    By: s/ *Harry C. Marcus*

                                            Harry C. Marcus (*pro hac vice*)
                                            Robert K. Goethals (*pro hac vice*)
                                            Joseph A. Farco (*pro hac vice*)

                                            LOCKE LORD LLP
                                            Brookfield Place
                                            200 Vesey Street, 20th Floor
                                            New York, NY 10281-2101
                                            Phone: (212) 415-8600
                                            Fax: (212) 303-2754
                                            hmarcus@lockelord.com
                                            rgoethals@lockelord.com
                                            jfarco@lockelord.com


                                            Kevin D. Conneely (#192703)
                                            Ruth Rivard (#327591)

                                            STINSON LEONARD STREET LLP
                                            50 South Sixth Street, Suite 2600
                                            Minneapolis, MN  55402
                                            Phone: (612) 335-1500
                                            Fax: (612) 335-1576
                                            kevin.conneely@stinson.com
                                            ruth.rivard@stinson.com

                                            *Attorneys for Plaintiffs Bombardier Recreational*
                                            *Products Inc. and BRP US Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I served this **NOTICE OF APPEAL** on September 4, 2018,

by electronically filing it via the Court's ECF Filing system to:

Niall A. MacLeod (MN#269281)
Diane L. Peterson (MN#270702)
Aaron A. Myers (MN#311959
60 S. Sixth Street, Suite 3400
Minneapolis, MN 55402
Tel: (612) 334-5000
Fax: (612) 334-5050
Niall.Macleod@kutakrock.com
Aaron.Myers@kutakrock.com
Diane.Peterson@kutakrock.com

Frederick H. Davis (AR#2012271)
(pro hac vice)
KUTAK ROCK LLP
124 West Capitol Avenue, Suite 2000
Little Rock, AR 72201-3607
Tel: (501) 975-3000
Fax: (501) 975-3134
Frederick.Davis@kutakrock.com

Jacob Song (CA#265371)
(pro hac vice)
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA 92614-8595
Tel: (949) 417-0999
Fax: (949) 417-0979
Jacob.Song@kutakrock.com

September 4, 2018                        */s/ Joseph A. Farco*