**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Bombardier Recreational Products Inc. and BRP US Inc., | ) ) ) ) | Civ. No. 12-2706-JRT-LIB |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| Arctic Cat Inc. and Arctic Cat Sales Inc., | ) ) | |
| Defendants. | ) ) ) | |

**ARCTIC CAT INC. AND ARCTIC CAT SALES INC.'S**
**NOTICE OF CROSS-APPEAL**

PLEASE TAKE NOTICE that Defendants, Arctic Cat Inc. and Arctic Cat Sales Inc., (collectively "Arctic Cat") hereby cross-appeal to the United States Court of Appeals for the Federal Circuit, pursuant to 28 U.S.C. § 1295(a)(1) and Rules 3(a)(1), 4(a)(1) and 4(a)(3) of the Federal Rules of Appellate Procedure, from rulings adverse to Arctic Cat on infringement in the Memorandum Opinion and Order Denying Post-Trial Motions entered on August 7, 2018 [Docket No. 1145]; from the Judgment of infringement entered on December 6, 2017 [Docket No. 1072]; from findings adverse to Arctic Cat on infringement in the Memorandum Opinion and Order entered on December 29, 2016 [Docket No. 781]; and from any and all other orders, rulings findings and/or conclusions of the Court that adversely affected Arctic Cat with respect to the Judgment [Docket No. 1072] in this case, as modified or amended.

1

Dated:  <u>September 18, 2018</u>                     Respectfully submitted,

<u>*Niall A. MacLeod*</u>
  Niall A. MacLeod (MN#269281)
  Diane L. Peterson (MN#270702)
  Aaron A. Myers (MN#311959)

KUTAK ROCK LLP
60 S. Sixth Street, Suite 3400
Minneapolis, MN 55402
Tel:  (612) 334-5000
Fax:  (612) 334-5050
Niall.macleod@kutakrock.com
Diane.peterson@kutakrock.com
Aaron.myers@kutakrock.com

Frederick H. Davis (AR#2012271)
*(Pro Hac Vice)*
KUTAK ROCK LLP
124 West Capitol Avenue, Suite 2000
Little Rock, AR 72201-3706
Tel:  (501) 975-3000
Fax: (501) 975-3134
Frederick.davis@kutakrock.com


Jacob Song (CA#265371)
*(Pro Hac Vice)*
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA 92614-8595
Tel:  (949) 417-0999
Fax: (949) 417-0979
Jacob.song@kutakrock.com


***Attorneys for Arctic Cat Inc. and Arctic Cat Sales Inc.***

4831-1079-5633.1

## CERTIFICATE OF SERVICE

      I hereby certify that on September 18, 2018, I served a true and correct copy of the foregoing by means of the CM/ECF system to all other parties through their counsel of record as follows:

Harry C. Marcus
Robert K. Goethals
Joseph Farco
Locke Lord
Three World Financial Center
230 Vesey St, Suite 20
New York, NY 10281
Tel:  (212) 947-4700
hmarcus@lockelord.com
rgoethals@lockelord.com
jfarco@lockelord.com


Kevin D. Conneely
Ruth A. Rivard
Stinson Leonard Street
50 S. 6th Street, Suite 2600
Minneapolis, MN 55402
Tel:  (612) 335-1500
Kevin.conneely@stinson.com
Ruth.rivard@stinson.com

                                                *Niall A. MacLeod*
                                                Niall A. MacLeod